# EXHIBIT 2

8/19/2022 4:39 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-20-003469
Jose Garcia

CAUSE NO. D-1-GN-20-003469

| | | |
|---|---|---|
| TOTH ENTERPRISES II, P.A., AND | § | IN THE DISTRICT COURT |
| WILLIAM FANKLIN, M.D., | § | |
|    *Plaintiff*s,. | § | |
| | § | 201ST JUDICIAL DISTRICT |
| v. | § | |
| | § | |
| CLAY ELLIS, | § | |
|    *Defendant.* | § | TRAVIS COUNTY, TEXAS |

## NOTICE OF REMOTE HEARING ON THE CENTRAL DOCKET

You are notified that Defendant's Amended Motion for Summary Judgment in this case has been set for hearing on September 13, 2022 at 9:00 a.m. on the Central Docket in the Travis County District Courts for 1 hour.  Pursuant to the existing Emergency Orders resulting from the COVID-19 pandemic, this hearing will take place remotely, using Zoom videoconferencing, which is free to download at https://zoom.us, and is available as an app for smart phones and tablets. Since several cases may be scheduled at the same time, your case may be called later in the day, and you must be available when your case is called.

Prior to the hearing, the assigned court will email all counsel and self-represented parties *for whom it has current email addresses*, the court's instructions and procedures, with information on how to access the hearing on Zoom.

If your current email address is not on file, you do not receive the instructions and procedures from the court at least two days prior to the hearing, or you do not have access to the internet over a smart phone, tablet, or computer, please contact the Court Administrator's office at 512-854-2484 for information on how to participate in the hearing.

Respectfully submitted,

/s/ *Jeffrey J. Hobbs*

**JEFFREY J. HOBBS**
State Bar No. 24012837
**ARMBRUST & BROWN, PLLC**
100 Congress Avenue, Suite 1300
Austin, Texas  78701
Telephone (512) 435-2300
Telecopier (512) 435-2360
Email:  jhobbs@abaustin.com
**ATTORNEYS FOR DEFENDANT**
**CLAY ELLIS**

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the above and foregoing instrument to be delivered via electronic service and email to the following on August 19, 2022.

Mark W, Collmer
mark@collmerlaw.com
COLLMER LAW GROUP
3700 Montrose
Houston, Texas 77006
Fax:  (713) 337-4044

/s/ *Jeff Hobbs*
Jeff Hobbs

### Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Martha Adams on behalf of Jeff Hobbs
Bar No. 24012837
madams@abaustin.com
Envelope ID: 67493557
Status as of 8/26/2022 9:29 AM CST

Associated Case Party: TOTH ENTERPRISES II PA

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mark W.Collmer | | mark@collmerlaw.com | 8/19/2022 4:39:42 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Martha Adams on behalf of Jeff Hobbs
Bar No. 24012837
madams@abaustin.com
Envelope ID: 67493557
Status as of 8/26/2022 9:29 AM CST

Associated Case Party: WILLIAM FRANKLIN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Conrad Guthrie | | conrad@collmerlaw.com | 8/19/2022 4:39:42 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Martha Adams on behalf of Jeff Hobbs
Bar No. 24012837
madams@abaustin.com
Envelope ID: 67493557
Status as of 8/26/2022 9:29 AM CST
Associated Case Party: CLAY ELLIS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeff Hobbs | | jhobbs@abaustin.com | 8/19/2022 4:39:42 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Martha Adams on behalf of Jeff Hobbs
Bar No. 24012837
madams@abaustin.com
Envelope ID: 67493557
Status as of 8/26/2022 9:29 AM CST

Associated Case Party: LN PROFESSIONAL MANAGEMENT LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jim Clements | | jim@clementsfirm.com | 8/19/2022 4:39:42 PM | SENT |