# EXHIBIT 3

Cause No. D-1-GN-20-003469

| | | |
|---|---|---|
| TOTH ENTERPRISES II, P.A., AND<br>WILLIAM FRANKLIN, M.D.<br>  *Plaintiffs*, | §<br>§<br>§<br>§ | IN THE DISTRICT COURT OF |
| vs. | § | TRAVIS COUNTY, TEXAS |
| CLAY ELLIS, et al., | §<br>§ | |
|   *Defendants* | § | 201st JUDICIAL DISTRICT |

## NOTICE OF NONSUIT WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, TOTH ENTERPRISES II, P.A., AND WILLIAM FRANKLIN, M.D., pursuant to Rule 162 of the Texas Rules of Civil Procedure and file this Notice of Non-suit <u>without prejudice</u> to refiling as to all claims asserted in this matter against Defendants.

This Notice is effective upon filing, and no action by the Court is necessary.

Costs of court are to be borne by the party incurring such costs.

              Respectfully submitted,

              **COLLMER LAW GROUP**

              /s/Mark W. Collmer
              Mark W. Collmer
              SBN: 04626420
              mark@collmerlaw.com
              Conrad B. Guthrie
              SBN: 45006102
              Conrad@collmerlaw.com
              SBN 45006102
              3700 Montrose
              Houston, Texas 77006
              713-337-4040 (office)
              713-337-4044 (fax)

              ATTORNEYS FOR PLAINTIFFS
              TOTH ENTERPRISES II, P.A., AND
              WILLIAM FRANKLIN, M.D.

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this document was served on all counsel of record as required by the Texas Rules of Civil Procedure on this the 14th day of September 2022.

                                          /s/Mark W. Collmer
                                          Mark W. Collmer