# EXHIBIT 5

Filed 2/22/2023 4:43 PM
Lisa Cypert
Combination Clerk
Knox County, Texas
By Jeannie Clark

CAUSE NO. 10301

| | | |
|---|---|---|
| TOTH ENTERPRISES II, P.A., WILLIAM FRANKLIN, M.D., ALLIED LAB SOLUTIONS, LLC, ALLIED LAB SOLUTIONS MANAGEMENT, LLC, *Plaintiffs/Cross-Claimants* | § § § § § § | IN THE DISTRICT COURT |
| v. | § § | 50th JUDICIAL DISTRICT |
| CLAY ELLIS, LEWIS NICHOLS, AND LN PROFESSIONAL MANAGEMENT, LLC D/B/A MEDICAL MANAGEMENT PROFESSIONALS *Defendants/Cross Defendants.* | § § § § § § | KNOX COUNTY, TEXAS |

## ORDER SUSTAINING MOTION TO TRANSFER VENUE

On the 7th day of February, came on to be heard the LN Defendants' Motion To Transfer Venue. All parties appeared via Zoom by and through their attorneys of record. After reviewing the moving papers, the response and reply, considering the evidence, and hearing the arguments of counsel, the Court is of the opinion the motion has merit and should be GRANTED. It is, therefore,

ORDERED that the motion to transfer venue is granted and this case is transferred to a District Court in Travis County, Texas.

IT IS FURTHER ORDERED that the clerk of this Court shall prepare a transcript of all the pleadings in this case, certifying the transcript under the seal of this Court, and send it with the original papers to the district clerk of Travis County, Texas. All costs in this case are taxed against Toth Enterprises II, P.A. and William Franklin, M.D.

Signed this 22nd day of February 2023.

_____
HONORABLE JENNIFER HABERT

2863614.v2

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kim McBride on behalf of Ray Chester
Bar No. 04189065
kmcbride@mcginnislaw.com
Envelope ID: 72487445
Status as of 2/22/2023 4:55 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Mark W.Collmer | | mark@collmerlaw.com | 2/6/2023 4:20:31 PM | SENT |
| Conrad Guthrie | | conrad@collmerlaw.com | 2/6/2023 4:20:31 PM | SENT |
| John Bradford Thompson | | BThompson@duanemorris.com | 2/6/2023 4:20:31 PM | SENT |
| Katherine AFillmore | | KAFillmore@duanemorris.com | 2/6/2023 4:20:31 PM | SENT |
| Kelly C.Dawson | | kcmd777@gmail.com | 2/6/2023 4:20:31 PM | SENT |
| Jeff Hobbs | | jhobbs@abaustin.com | 2/6/2023 4:20:31 PM | SENT |
| Jim Clements | | jim@clementsfirm.com | 2/6/2023 4:20:31 PM | SENT |
| Ray Chester | | rchester@mcginnislaw.com | 2/6/2023 4:20:31 PM | SENT |
| Kim McBride | | kmcbride@mcginnislaw.com | 2/6/2023 4:20:31 PM | SENT |
| Ian Davis | | idavis@mcginnislaw.com | 2/6/2023 4:20:31 PM | SENT |