# EXHIBIT 6

5/5/2023 1:20 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-23-001095
Victoria Benavides

Cause No. D-1-GN-23-001095

| | | |
|---|---|---|
| TOTH ENTERPRISES II, P.A., et al., | § | IN THE DISTRICT COURT OF |
| *Plaintiffs*, | § | |
| | § | |
| vs. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| CLAY ELLIS, et al., | § | |
| *Defendants* | § | 98th JUDICIAL DISTRICT |

## NOTICE OF NONSUIT WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Toth Enterprises II, P.A., William Franklin, M.D., and Allied Lab Solutions, LLC, pursuant to Rule 162 of the Texas Rules of Civil Procedure and file this Notice of Non-suit without prejudice to refiling as to all claims asserted in this matter against all Defendants.

This Notice is effective upon filing, and no action by the Court is necessary. *McGowen v. Huang,* 120 S.W.3d 452, 461 (Tex. App.—Texarkana 2003, pet. denied) ("A nonsuit is effective as soon as it is filed.") (citing *Greenberg v. Brookshire,* 640 S.W.2d 870, 872 (Tex. 1982); *Zimmerman v. Ottis,* 941 S.W.2d 259, 261 (Tex .App.—Corpus Christi 1996, no writ); *Miller v. Armogida,* 877 S.W.2d 361, 364 (Tex. App.—Houston [1st Dist.] 1994, writ denied)).

There are no more remaining Plaintiffs in this case and this should conclude this matter.

Costs of court are to be borne by the party incurring such costs.

Respectfully submitted,

COLLMER LAW GROUP

/s/Mark W. Collmer
Mark W. Collmer
SBN 04626420
Conrad B. Guthrie
Conrad@collmerlaw.com
SBN 45006102
3700 Montrose

        Houston, Texas 77006
        713-337-4040 (office)
        713-337-4044 (fax)
        mark@collmerlaw.com

        ATTORNEYS FOR TOTH ENTERPRISES
        II, P.A., ALLIED LAB SOLUTIONS, LLC,
        AND WILLIAM FRANKLIN, M.D.

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this document was served on all counsel of record as required by the Texas Rules of Civil Procedure on this the 5th day of May 2023.

        /s/Mark W. Collmer
        Mark W. Collmer

2

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Conrad Guthrie on behalf of Mark Collmer
Bar No. 4626420
funkydoctor.conrad@gmail.com
Envelope ID: 75362193
Filing Code Description: FINAL OR PARTIAL DISPOSITION ORDER
Filing Description: NOTICE OF NONSUIT WITHOUT PREJUDICE
Status as of 5/11/2023 9:59 AM CST

Associated Case Party: LN PROFESSIONAL MANAGEMENT LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ray Chester | 4189065 | rchester@mcginnislaw.com | 5/5/2023 1:20:08 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mark W.Collmer | | mark@collmerlaw.com | 5/5/2023 1:20:08 PM | SENT |