# EXHIBIT 7

McBride, Kim

| | |
|---|---|
| **From:** | Bridget Zerner <bzerner@markhamreadzerner.com> |
| **Sent:** | Monday, March 11, 2024 9:45 AM |
| **To:** | Jeff Hobbs; Chester; Ray; Davis, Ian M.; Martha Adams |
| **Cc:** | John Markham; Paul Miller; Ryan Bueche; Sarah Shumate-Connor; Lindsey Reyes; Megan |
| **Subject:** | Franklin et al v. Forage et al. - Case No. 23CV00543 - Expert Deadlines |

Morning, all ?

Under our current scheduling order, our deadline for our expert?s disclosure is this week, March 15. We need to extend that date as all financial records and documents have not been received from third-parties served with subpoenas nor have the parties completed their document production for an expert report to be completed.

We are filing a motion to amend the schedule as to expert deadlines only and propose that Plaintiffs? expert disclosure deadline be reset to July 26, 2024, that Defendants? expert disclosure deadline be reset to August 23, 2024 and that the deadline to complete expert depositions be set for September 6, 2024.  All other deadlines in the current order would remain the same.

Please let us know your position and if you would like to confer further on a call, let us know.

Thanks,
Bridget


Bridget A. Zerner
MARKHAM READ ZERNER LLC
11A Commercial Wharf West
Boston, MA 02110
Tel: (617) 523-6329
Fax: (617) 742-8604
bzerner@markhamreadzerner.com

https://url.us.m.mimecastprotect.com/s/BZ_aCW68kPH68mkVt6KjCQ

MARKHAM READ ZERNER LLC is a law office. This document may contain confidential matters or matters protected from disclosure by the attorney-client privilege. Any inadvertent disclosure of the content of this document to any unintended recipient is not intended to be,

1

nor is it, a waiver of this privilege. If you have received this email in error, please advise us by return email and delete the contents of the email. Thank you.